EMMA W. NOLL et al., complainants-appellants,

*v.*

ROSEDALE CEMETERY ASSOCIATION, respondent.

[Submitted December 8th, 1919.   Decided March 1st, 1920.]

On appeal from the court of chancery.

*Messrs. Vail & McLean,* for the appellants.

*Mr. Clark McK. Whittemore,* for the respondent.

*Mr. Abram H. Cornish,* for the receiver.

*91 N. J. Eq.*		Anderson *v.* Broad St. National Bank.

PER CURIAM.

The present case is precisely similar in its determining features to *Bliss* v. *Rosedale Cemetery Association,* No. 20 of the present term. For the reasons stated in the *per curiam* filed in that case, the decree herein will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE,. HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, ACKERSON—14.

*For reversal*—None.